# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES ROBERTS, SR., | No. CIV S-11-0373-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On August 11, 2011, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to comply with the scheduling order's requirement to inform the court regarding consent to Magistrate Judge jurisdiction. Because plaintiff has now informed the court regarding Magistrate Judge jurisdiction, the order to show cause is hereby discharged.

IT IS SO ORDERED.

DATED: September 8, 2011

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE