```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LEO R. MONTENEGRO
4  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA 94105
   Telephone: (415) 977-8943
6  Fax: (415) 744-0134

7  Attorneys for Respondent
```

                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES ROBERTS, Sr., | Case No. 2:11-cv-00373-CMK |
| Plaintiff, | |
| vs. | STIPULATION AND ~~PROPOSED~~ ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **FIRST** extension of time of 30 days to respond to Plaintiff's motion for summary judgment [Docket No. 16]. This case was assigned to a new Assistant Regional Counsel, requiring additional review. The current due date is September 26, 2011. The new due date will be October 26, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Proposed Order Re Ext of D's Time, 2:11-cv-00373-CMK          Page 1

```
DATE:   9/26/11                  /s/ Ann M. Cerney (as authorized by
                                 e-mail September 26, 2011)
                                 ANN M. CERNEY
                                 Attorney at Law

                                 Attorney for Plaintiff

DATE:   9/26/11                  BENJAMIN B. WAGNER
                                 United States Attorney
                                 DONNA L. CALVERT
                                 Acting Regional Chief Counsel,
                                 Region IX

                            By:  /s/ Leo R. Montenegro
                                 LEO R. MONTENEGRO
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant
```

ORDER

APPROVED AND SO ORDERED.

DATED: October 5, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE