1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8      **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                  —o0o—

10 MICHAEL J. ROBERTS, SR.,                CASE NO. 2:11-CV-00373-CMK

11              Plaintiff,                 **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S** CROSS-MOTION FOR SUMMARY JUDGMENT
12 vs.

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
                Defendant.
15 _____/

16      Pursuant to the stipulation of the parties showing good cause for a requested extension of

17 Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is

18 hereby APPROVED.

19      Plaintiff shall file his reply on or before December 15, 2011.

20      SO ORDERED.

21

22  DATED:  November 17, 2011

23                                                  _____
                                                    **CRAIG M. KELLISON**
24                                                  UNITED STATES MAGISTRATE JUDGE

25

26

27

28